| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 10, 2022 at 9:51:58 AM EST | 4047303599 | 101 | 2 | Received |

4047303599　　USMS　　　　　　　　　　　USMS　　　　　　09:49:55 a.m.　02-10-2022　　1/2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JAKE MAXWELL

)
) Case: 1:22-mj-00025
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 2/9/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ JAKE MAXWELL _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Robin M. Meriweather
2022.02.09 15:54:06
-05'00'

Date: __02/09/2022__                                    _____
                                                        *Issuing officer's signature*

City and state:     Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* __2/9/22__, and the person was arrested on *(date)* __2/10/22__
at *(city and state)* __Flowery Branch, GA__.

Date: __2/10/22__                                       _____
                                                        *Arresting officer's signature*

                                                        Josh Floyd, Special Agent, FBI
                                                        *Printed name and title*