**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  1:22-mj-00025-RMM

**Jake Maxwell**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Michael T. van der Veen 75616**
(Attorney & Bar ID Number)

van der Veen, Hartshorn and Levin
(Firm Name)

**1219 Spruce St.**
(Street Address)

**Philadelphia     PA     19107**
(City)           (State)        (Zip)

**215-546-1000**
(Telephone Number)