UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JAKE MAXWELL,

    Defendant.

Case No. 22-mj-00025-RMM

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY WILLIAM J. BRENNAN *PRO HAC VICE*

The Court has reviewed Defendant Jake Maxwell's motion for admission of attorney William J. Brennan *pro hac vice*. Upon consideration of that motion, the Court grants William J. Brennan *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED February 25, 2022.

_____
United States Magistrate Judge